THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH SILVERBERG, Appellant.

(Argued February 18, 1929; decided March 19, 1929.)

*Sydney Rosenthal* and *George C. Lay* for appellant.

*Richard S. Newcombe, District Attorney (Thomas F. Thornton* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.